UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.	Case No. 2:17-mj-6
    HON. TIMOTHY P. GREELEY

JEREMY JAMES WHITEBIRD,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 3, 2017, for an initial appearance on the criminal complaint charging defendant with possession with intent to distribute heroin, methamphetamine and cocaine. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

                              */s/ Timothy P. Greeley*
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated:  February 6, 2017